**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CHRISTOPHER BOWDEN,

    Plaintiff,

vs.                                          Case No.3:12-cv-652-J-99MMH-JRK

ROBERT STOKELY, et. al.,

    Defendants.
_____/

**ORDER**

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. No. 32; Report), entered by the Honorable James R. Klindt, United States Magistrate Judge, on July 2, 2013. In the Report, Magistrate Judge Klindt recommends that Defendants' Motion for Summary Judgment (Doc. No. 26) be granted, in part, and denied, in part. See Report at 33. On July 17, 2013, Defendants filed objections to the Report. See Defendants' Objection to the Report and Recommendation Regarding Defendants' Motion for Summary Judgment (Doc. No. 33; Objections); Defendants' Motion for Leave to Amend the Objection to the Report and Recommendation, or in the Alternative Notice of Supplemental Authority (Doc. No. 34; Motion for Leave).[1] Thus, this matter is ripe for review.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of fact are filed, the district court is not required to conduct a de novo

---

[1] The Court will grant the Motion for Leave and consider the arguments therein in determining whether to accept or reject the Report.

review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review the legal conclusions in the report de novo. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007); see also 28 U.S.C. § 636(b)(1).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court determines that Defendants' Objections to the Magistrate Judge's findings are due to be overruled, and the Report and Recommendation is due to be adopted as the opinion of the Court. Accordingly, it is hereby

**ORDERED:**

1. Defendants' Motion for Leave to Amend the Objection to the Report and Recommendation, or in the Alternative Notice of Supplemental Authority (Doc. No. 34) is **GRANTED**.

2. Defendants' Objections to the Report and Recommendation (Doc. No. 33) are **OVERRULED**.

3. The Magistrate Judge's Report and Recommendation (Doc. No. 32) is **ADOPTED** as the opinion of the Court.

4. Defendants' Motion for Summary Judgment (Doc. No. 26) is **GRANTED, in part, and DENIED, in part**, as follows:

    a. Defendants' Motion for Summary Judgment is **GRANTED** to the extent that all claims against Defendant Norris are **DISMISSED WITH PREJUDICE**.

      b.      Defendants' Motion for Summary Judgment as to Defendants Stokley and Hall is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 22nd day of August, 2013.

*[signature: Marcia Morales Howard]*
**MARCIA MORALES HOWARD**
United States District Judge

i21

Copies to:

Honorable James R. Klindt
United States Magistrate Judge

Counsel of Record
Pro Se Plaintiff